IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RICHARD OTTO HANSEN,** | CASE NO. 4:14CV3137 |
| Plaintiff, | |
| v. | **MEMORANDUM AND ORDER** |
| **THE CITY OF SUPERIOR, NEBRASKA, et al.,** | |
| Defendants. | |

This matter is before the Court on Plaintiff's Notice of Appeal (Filing No. 11) filed January 5, 2015. On December 3, 2014, the Court dismissed Plaintiff's claims without prejudice and entered judgment against him. (Filing Nos. 9 and 10.) Plaintiff is not a prisoner and was previously granted leave to proceed in forma pauperis in this matter. (Filing No. 6.)

Federal Rule of Appellate Procedure 24(a)(3) provides, in relevant part:

A party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization, unless: . . . the district court -- before or after the notice of appeal is filed -- certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding; or a . . . a statute provides otherwise.

Fed. R. App. P. 24(a)(3).

Here, the Court finds that Plaintiff may proceed on appeal in forma pauperis without further authorization because he proceeded in forma pauperis in the district court action.

Accordingly,

IT IS ORDERED:

1. Plaintiff may proceed on appeal in forma pauperis; and

2. The Clerk's office is directed to send a copy of this Memorandum and Order to the Eighth Circuit Court of Appeals.

DATED this 8th day of January, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge